Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VOLTAGE PICTURES, LLC, and MAXCON PRODUCTIONS, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> DOE, a/k/a IP 76.115.46.230 <br><br>    Defendant. | Case No.: 3:13-cv-00836-AA <br><br> NOTICE OF DISMISSAL <br><br> FRCP 41(a)(1)(A)(i) |

LR 7-1 Certification

Plaintiffs' counsel and appearing counsel, Mr. Robert Swider, have conferred on this notice and Mr. Swider does not oppose dismissal of this matter by notice without prejudice.

NOTICE OF DISMISSAL

No party having answered the complaint or having filed a motion for summary judgment, plaintiffs hereby dismiss this matter *without* prejudice and by notice pursuant to FRCP 41(a)(1)(A)(i).

///

///

NOTICE - DISMISSAL                                                                                           Page 1 of 2

DATED: December 19, 2013

        Respectfully submitted,

        CROWELL LAW

        /s/Carl D. Crowell
        Carl D. Crowell, OSB No. 982049
        Of attorneys for the plaintiffs